| Fill in this information to identify the case: | |
|---|---|
| Debtor | **Rising Eagle Capital Group LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **21-30282** |

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims  12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☒ No. Go to Part 2.
   - ☐ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.
   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(_____)

Debtor **Rising Eagle Capital Group LLC**     Case number (if known) **21-30282**

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

### 3.1 Nonpriority creditor's name and mailing address

**Federal Communications Commission**
**45 L Street NE**
**Washigton, DC 2054**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Fines**

Date or dates debt was incurred
Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$225,000,000.00**

### 3.2 Nonpriority creditor's name and mailing address

**Hartman Income REIT Property Holdings, L**
**dba The Preserve at North Loop**
**2909 Hillcroft, Ste 420**
**Houston, Tx 77057**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Lease**

Date or dates debt was incurred
Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$35,332.44**

Debtor  **Rising Eagle Capital Group LLC**       Case number (if known) **21-30282**

## Part 3:   List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.**  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page.  If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Anthony G. Franqui<br>The Franqui Firm<br>1451 W. Cypress Creek Rd, Ste 300<br>Ft Lauderdale    FL    33065 | Line _____<br>☑ Not listed.  Explain:<br>Notice Only | __ __ __ __ |
| 4.2 | Brian M. Card<br>Office of Attorney General of North Dako<br>Consumer Protection & Antitrust Division<br>1050 E Interstated Ave, Ste 200<br>Bismarck    ND    58503 | Line _____<br>☑ Not listed.  Explain:<br>Notice Only | __ __ __ __ |
| 4.3 | Christopher Bradley Schuelke<br>Office of Attorney General of Texas<br>Consumer Protection Division<br>300 West 15th Street, 9th Floor<br>Austin    TX    78701 | Line _____<br>☑ Not listed.  Explain:<br>Notice Only | __ __ __ __ |
| 4.4 | David A McCoy<br>Office of the Arkansas Attorney general<br>323 Center Street, Ste 200<br>Little Rock    AR    72201 | Line _____<br>☑ Not listed.  Explain:<br>Notice Only | __ __ __ __ |
| 4.5 | Douglass Scott Swetnam<br>Office of Indiana Attorney General<br>302 W. Washington St<br>Indianapolis    IN    46204 | Line _____<br>☑ Not listed.  Explain:<br>Notice Only | __ __ __ __ |
| 4.6 | Erin Bridget Leahy<br>Ohio Attorney Genderal Dave Yost's Offic<br>30 East Broad St, 14th Floor<br>Columbus    OH    43215 | Line _____<br>☑ Not listed.  Explain:<br>Notice Only | __ __ __ __ |

Official Form 206E/F           Schedule E/F: Creditors Who Have Unsecured Claims           page 3

Debtor **Rising Eagle Capital Group LLC**     Case number (if known) **21-30282**

**Part 3:**    **Additional Page for Others to Be Notified About Unsecured Claims**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.7 | Jason T. Wagner<br>Wagner Law PLLC<br>Two North Main Street<br>Kingwood    TX    77339-3709 | Line _____<br>☑ Not listed. Explain:<br>Notice Only | __ __ __ __ |
| 4.8 | Joseph D. Yeoman<br>The Office of the Indiana Attorney Gener<br>302 West Washington Street<br>Indianapolis    IN    46204 | Line _____<br>☑ Not listed. Explain:<br>Notice Only | __ __ __ __ |
| 4.9 | Joseph Paul Bowser<br>Roth Jackson Gibbons Condlin PLC<br>1519 Summit Ave, Ste 102<br>Richmond    VA    23230 | Line _____<br>☑ Not listed. Explain:<br>Notice Only | __ __ __ __ |
| 4.10 | Joshua Charles Abbuhl<br>US Dept of Justice<br>1100 L St NW<br>Washington    DC    20005 | Line _____<br>☑ Not listed. Explain:<br>Notice Only | __ __ __ __ |
| 4.11 | Kristine M. Ricketts<br>North Carolina Department of Justice<br>114 W. Edenton St<br>Raleigh    NC    27603 | Line _____<br>☑ Not listed. Explain:<br>Notice Only | __ __ __ __ |
| 4.12 | Michelle Hinkl<br>Missouri Attorney General's Office<br>PO Box 861<br>St Louis    MO    63188 | Line _____<br>☑ Not listed. Explain:<br>Notice Only | __ __ __ __ |
| 4.13 | Nathan Ochsner<br>Clerk of Court<br>United States District Court<br>PO Box 61010<br>Houston    TX    77208 | Line _____<br>☑ Not listed. Explain:<br>Hearing Court | 2 0 2 1 |

Debtor  **Rising Eagle Capital Group LLC**                    Case number (if known) **21-30282**

**Part 3:   Additional Page for Others to Be Notified About Unsecured Claims**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.14 | Parrell D. Grossman<br>Office of Attorney General of North Dako<br>10150 E Interstate Ave, Ste 2200<br>Bismarck   ND   58503 | Line _____<br>☑ Not listed. Explain:<br>Notice Only | __ __ __ __ |
| 4.15 | Patrick Abernethy<br>Office of the Attorney General<br>300 West 15th Street, 9th Floor<br>Austin   TX   78701 | Line _____<br>☑ Not listed. Explain:<br>Notice Only | __ __ __ __ |
| 4.16 | Peggy Joyce Johnson<br>Arkansas Attorney Generals' Office<br>323 Center Street, Ste 200<br>Little Rock   AR   72201 | Line _____<br>☑ Not listed. Explain:<br>Notice Only | __ __ __ __ |
| 4.17 | Scott Shapiro<br>1510 NW 101st Ave<br>Plantation   FL   33322 | Line _____<br>☑ Not listed. Explain:<br>Notice Only | __ __ __ __ |
| 4.18 | Shannon Leigh Halijan<br>Arkansas Attorney General's Office<br>323 Center Street, Suite 200<br>Little rock   AR   72201 | Line _____<br>☑ Not listed. Explain:<br>Notice Only | __ __ __ __ |
| 4.19 | Tracy Nayer<br>North Carolina Department of Justice<br>Consumer Protection Division<br>114 West Edenton Street<br>Raleigh   NC   27603 | Line _____<br>☑ Not listed. Explain:<br>Notice Only | __ __ __ __ |
| 4.20 | William Travis Garrison<br>Ohio Attorney General Dave Yost's Office<br>30 East Broad Street, 14th Floor<br>Columbus   OH   43215 | Line _____<br>☑ Not listed. Explain:<br>Notice Only | __ __ __ __ |

Debtor  **Rising Eagle Capital Group LLC**                         Case number (if known) **21-30282**

**Part 3:    Additional Page for Others to Be Notified About Unsecured Claims**

| | **Name and mailing address** | **On which line in Part 1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| **4.21** | **Wisam E.. Naoum**<br>**Michigan Department of Attorney General**<br>**PO Box 30736**<br><br>**Lansing           MI      48377** | Line _____<br><br>☑ Not listed. Explain:<br>**Notice Only** | __ __ __ __ |

Debtor   **Rising Eagle Capital Group LLC**   Case number (if known) __21-30282__

### Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5. **Add the amounts of priority and nonpriority unsecured claims.**

|   |   | Total of claim amounts |
|---|---|---|
| 5a. | Total claims from Part 1    5a. | $0.00 |
| 5b. | Total claims from Part 2    5b. + | $225,035,332.44 |
| 5c. | Total of Parts 1 and 2       5c. | **$225,035,332.44** |
|     | Lines 5a + 5b = 5c. | |

| Fill in this information to identify the case and this filing: | |
|---|---|
| Debtor Name | **Rising Eagle Capital Group LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **21-30282** |

Official Form 202

**Declaration Under Penalty of Perjury for Non-Individual Debtors**     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)
- ☐ Amended Schedule _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **03/23/2021**      X **/s/ John C. Spiller**
MM / DD / YYYY     Signature of individual signing on behalf of debtor

**John C. Spiller**
Printed name

**President**
Position or relationship to debtor