IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 7 |
| RISING EAGLE CAPITAL GROUP LLC, | ) Case No. 21-30282-evr-7 |
| Debtor. | ) |

**MOTION TO REOPEN BANKRUPTCY PROCEEDING PURSUANT TO 11 U.S.C. § 350 FOR THE PURPOSE OF SCHEDULING RULE 2004 EXAMINATION**

Comes now the State of Indiana ("State"), by its undersigned counsel, and for its Motion to Reopen Bankruptcy Proceeding Pursuant to 11 U.S.C. § 350 for the Purpose of Scheduling Rule 2004 Examination respectfully moves this Court for entry of an order reopening the above captioned matter.

## BACKGROUND

1. On January 29, 2021, the Debtor filed its voluntary petition under chapter 7 of the United States Bankruptcy Code.

2. On March 4, 2021, the 341 meeting was conducted.

3. On July 6, 2021, the trustee filed her Report of No Distribution.

4. On July 7, 2021, the Notice of Proposed Abandonment was filed.

5. On August 9, 2021, the Court entered its Order Closing Case.

## ARGUMENT

6. Upon information and belief, the State is informed the Debtor operates numerous shell corporations not included in this matter.

7.  Upon information and belief, the State is informed the shell corporations are mere alter egos of the Debtor.

8.  Upon information and belief, the State is informed the Debtor transfers assets between these shell corporations to avoid liability.

9.  The State desires to conduct a Rule 2004 examination of the Debtor based upon its information and belief.

10. The State has had limited communications with Debtor's counsel in an attempt to schedule a Rule 2004 examination.

11. To date, the State has been unsuccessful in establishing a date for the Rule 2004 examination.

## **CONCLUSION**

For all the reasons stated above, the State of Indiana respectfully moves this Court for an order to reopen the above proceeding, and granting such other and further relief as the Court deems appropriate.

Date: August 24, 2021                     Office of the Indiana Attorney General

By: /s/ Heather M. Crockett
Heather M. Crockett, Atty. No. 26325-22
Deputy Attorney General
Indiana Office of Attorney General
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, IN  46204-2770
Telephone: 317-233-6254
Facsimile: 317-232-7979
Email:  Heather.Crockett@atg.in.gov

ATTORNEY FOR THE STATE OF INDIANA

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing has been served via the Court's Electronic Filing System on all parties requesting notice in this proceeding on August 24, 2021.

                                        */s/ Heather M. Crockett*
                                        Heather M. Crockett
                                        Deputy Attorney General