United States Bankruptcy Court
Southern District of Texas
**ENTERED**
September 15, 2021
Nathan Ochsner, Clerk

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 7 |
| RISING EAGLE CAPITAL GROUP LLC, | ) Case No. 21-30282-evr-7 |
| Debtor. | ) |

## ORDER GRANTING MOTION TO REOPEN BANKRUPTCY PROCEEDING PURSUANT TO 11 U.S.C. § 350 FOR THE PURPOSE OF SCHEDULING RULE 2004 EXAMINATION

WHEREAS, on August 24, 2021, the State of Indiana moved to reopen the above captioned matter (the "Motion"); and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and the Court having considered the Motion, and having found good cause therefore, it is hereby

**ORDERED, ADJUDGED AND DECREED THAT** the Motion is **GRANTED**.

Signed: September 15, 2021

_____
Eduardo V. Rodriguez
United States Bankruptcy Judge